IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30644
Conference Calendar
_____

CLIFTON RICHARDSON,

Plaintiff-Appellant,

versus

NEW ORLEANS SEWERAGE AND WATER
BOARD; D.L. HEMLEY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-3033
- - - - - - - - - -
February 20, 1997
Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Clifton Richardson appeals the dismissal of his civil rights action for failure to state a claim. Richardson contends that the district court erred: (1) in finding that his complaint failed to state a federal cause of action, (2) in failing to accept tape recordings into evidence, and (3) in refusing to permit him to amend his complaint. We have carefully reviewed the brief and the record and find that the appeal is frivolous. Because the appeal is frivolous, it is DISMISSED. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We caution Richardson that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Richardson is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.